# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Southwest Ohio Regional
Council of Carpenters Pension Fund, et al.,

    Plaintiff(s),

v.

                        Case No. 1:05cv019

                        (Judge Michael H. Watson)

PJH Construction, LLC, et al.,

    Defendant(s).

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the June 28, 2005, Magistrate Judge's Report and Recommendation (Doc. 12).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the June 28, 2005, Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the June 28, 2005, Magistrate Judge's Report and Recommendation is hereby **ADOPTED.** Plaintiffs' Motion for Default Judgment (Doc. 9) is **GRANTED** and judgment shall be entered in favor of Plaintiffs against Defendants jointly and severally. Default Judgment

shall be entered in accordance with the Report of the Magistrate. This action is

**DISMISSED WITH PREJUDICE.**

bac    July 18, 2005

Michael H. Watson
United States District Judge